IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MB ROOFING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HUDSON INSURANCE GROUP,<br><br>Defendant. | Case 2:23-cv-00018-BMM-JTJ<br><br>**ORDER** |

Upon review of Defendant's Unopposed Motion for Parties to Attend Hearing on Motion to Stay via Zoom, and good cause appearing,

IT IS HEREBY ORDERED THAT the parties are allowed to appear at the Hearing set for June 29, 2023 at 1:30 p.m. via Zoom. The Court will provide the parties with the Zoom link.

DATED this 20th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court